# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:12-cr-0008 CMK

Laren A. Trelstad

**ORDER TO PAY**

SOCIAL SECURITY #: ~~~~
DATE OF BIRTH: ~~~~
DRIVER'S LICENSE #: ~~~~
ADDRESS: ~~~~
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6-25-12          _____ Trelstad _____
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 225.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 250.00 ~~within~~ by 8-1-12 ~~days/months; or payments of $~~ ~~per month, commencing~~ ~~and due on the~~ ~~of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~USDC~~                    ~~CLERK, USDC~~              CLERK, USDC
~~CENTRAL VIOLATIONS BUREAU (SA)~~  ~~1130 O STREET, RM 5000~~  501 "I" STREET
~~POST OFFICE BOX 740026~~   ~~FRESNO, CA 93721~~         SACRAMENTO, CA 95814-2322
~~ATLANTA, GA 30374-0026~~

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-25-12          _____
                              U.S. MAGISTRATE JUDGE

Clerk's Office


PRINTED ON RECYCLED PAPER

EDCA-3